THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-00790-WYD-MEH

ELargo Holdings, LLC,

a Delaware Limited Liability Company,

       Plaintiff,

  v.

JOHN DOES 1, 3-7, 9-13, and 15-17,

       Defendants.

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
OF DEFENDANTS JOHN DOE 1, JOHN DOE 3, JOHN DOE 4, JOHN DOE 5,
JOHN DOE 6, JOHN DOE 7, JOHN DOE 10, JOHN DOE 11, JOHN DOE 12,
JOHN DOE 13, JOHN DOE 15, AND JOHN DOE 17
PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and law, there being no responsive pleadings yet filed by either Defendant John Doe 1, Defendant John Doe 3, Defendant John Doe 4, Defendant John Doe 5, Defendant John Doe 6, Defendant John Doe 7, Defendant John Doe 10, Defendant John Doe 11, Defendant John Doe 12, Defendant John Doe 13, Defendant John Doe 15, or Defendant John Doe 17, as identified in Exhibit 1 attached to the Complaint in the above-captioned action, the Plaintiff hereby voluntarily dismisses Defendants John Doe 1, John Doe 3, John Doe 4, John Doe 5, John Doe 6, John Doe 7, John Doe 10, John Doe 11, John Doe 12, John Doe 13, John Doe 15, and John Doe 17, as identified in Exhibit 1 attached to the Complaint

in the above-captioned action, without prejudice.

DATED this 24th day of August, 2016.

Respectfully submitted,

/s/ *David J. Stephenson, Jr.*
David J. Stephenson, Jr.
2801 Youngfield St., Suite 300
Golden, Colorado 80401
Telephone: (303) 726-2259
Facsimile: (303) 362-5679
E-Mail:  david.thunderlaw@gmail.com
Attorney for the Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:  /s/ *David J. Stephenson, Jr.*